# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD LEE POE** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 22-1078 |
| | : | |
| **WARDEN OF SCI-ROCKVIEW, et al.** | : | |

## ORDER

This 16th day of October, 2024, upon careful and independent consideration of the petition for writ of habeas corpus, Petitioner's memorandum of law, the response, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and Petitioner's objections, it is hereby **ORDERED** that:

1. The Report and Recommendation (ECF 31) is **APPROVED** and **ADOPTED**.

2. The petition for writ of habeas corpus (ECF 1) is **DENIED**.

3. The motion for appointment of counsel (ECF 24) is **DENIED**.

4. Petitioner's application for a certificate of appealability (ECF 34) is **DENIED**.

The Clerk of Court is requested to mark this case closed.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge